UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JAVIER AMAR DIAZ-PENDER
CERISE SHANI DIAZ-PENDER

Plaintiffs,

V   CIVIL ACTION NO.

A & H MOTORS, INC, D/B/A/
MONSTER AUTO SHOWCASE

Defendant.   FEBRUARY 21, 2012

## COMPLAINT

### INTRODUCTION

This is an action for damages for violation of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, and for violation of the Federal Consumer Leasing Act 15 U.S.C.§ 1667 and for violation of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-105 *et seq.*, involving the purchase and or lease of a used 2006 Mitsubishi Lancer by Javier Amar Diaz-Pender and Cerise Shandi Diaz-Pender (The Penders or Plaintiffs) from A & H Motors, Inc, d/b/a/ Monster Auto Showcase (A & H or Defendant) on or about May 6, 2011.

### COUNT ONE: Violation of the Truth in Lending Act

1. Jurisdiction is conferred on this Court by 15 U.S.C. § 1640(e) and 28 U.S.C. §§ 1331 and 1367.

2. Plaintiffs are residents of the town of Columbia and State of Maryland.

3. A & H is a foreign corporation authorized to do business in Maryland with a place of business at 14107 Baltimore Avenue, Laurel, MD 20707.

4. At all time herein A & H in the ordinary course of business regularly extended consumer credit that was payable in more than four installments.

5. A & H is a creditor within the meaning of 15 U.S.C. § 1601, et seq., and the regulations promulgated there-under.

6. On or about May 6, 2011, Plaintiffs entered into a consumer credit transaction with A & H to purchase a 2006 Mitsubishi Lancer (Exhibit 1) ("The Vehicle or Vehicle") for personal, family or household use.

7. The only Truth in Lending Act ("TILA") disclosure made to The Pender by Defendant pursuant 15 U.S.C. §1638 and Regulation Z, were made on May 6, 2011 and contained within the "Maryland Buyers Order)

8. A & H violated the TILA in one or more of the following ways, by example only, and without limitation.

a. By failing to include in the finance charge certain charges imposed by the Defendant payable by The Penders incident to the extension of credit as required by 15 U.S.C. § 1605 and Regulation Z § 226.4, thus improperly disclosing the finance charge in violation of 15 U.S.C. § 1638(A)(3) and Regulation Z § 226.18(d). Such amounts include the false down payment of $1,800 that Defendant showed on the Buyers Order, when in fact, The Pender made no down payment on May 6, 2011. However, they did

make a down payment of $250 on or about May 13, 2011 and a second down payment of $250 on or about May 27, 2011.

b. As the Down Payment of $1,800 was false and inaccurate, The Plaintiffs were over-charged $108 for Maryland Sales Tax; therefore, the amount financed was inaccurate.

c. The finance charge was inaccurate because the amount financed was $1,300 greater than the true sales price of the vehicle.

9. The Penders have suffered damages.

### COUNT TWO: Violation of the Consumer Leasing Act

10. The allegations of paragraph 1 though paragraph 9 are repeated as if fully set forth herein.

11. After the Penders were unable to make full payment for the purchase of The Vehicle, Defendant then switch Plaintiffs into a lease transaction (bait and switch).

12. The Court has jurisdiction over the Consumer Leasing Act pursuant to 15 U.S.C.

13. At all times herein, the Defendant in the ordinary course of business arranged or entered into consumer lease transactions, as defined in 15 U.S.C. § 1667.

14. The Defendant is a lessor within the meaning of 15. U.S.C. §1667 et al and Regulation M thereunder at or prior to consummation of the transaction.

15. On or about May 6, 2011, Plaintiffs entered into a consumer credit transaction with A & H to lease a 2006 Mitsubishi Lancer (Exhibit 2) ("The Vehicle or Vehicle") for

personal, family or household use.

16. Defendant did not provide the information required to be disclosed by 15 U.S.C. § 1667, et seq., and Regulation M thereunder at or prior to consummation of the transaction.

17. Defendant Did not disclose the correct down payment, it disclosed $1,800 when in fact The Penders made no down payment on that date, however they did make two (2) down payment of $250 later in the month in violation of Reg. M §213.4(b).  .

18. Because Defendant falsely inflated the down payment by $1,300 all of the amounts due at lease signing are inaccurate in violation of Reg. M §213.4(b).

19. Defendant failed to provide a brief description of the leased property sufficient to identify to both the lessor an lessee as to the vehicle's year, make, model, body style, and vehicle identification in violation of Reg. M § 213.4(a).

20. Defendant did not disclose the correct sum for the Total of Payments.

21. Defendant did not disclose the correct sum for the Capitalized Cost Reduction.

22. Defendant did not disclose the correct sum for the Adjusted Capitalized Cost.

23. The Penders have suffered damages

**COUNT III:   Violation of the Consumer Protection Act**

24. The allegation of paragraph 1 though paragraph 23 are repeated as if fully set forth herein.

25. A & H is a "merchant" within the meaning of the Maryland Consumer Protection Act ("CPA") Comm. Law, § 13-101(g), and is subject to all of the CPA's

Provisions prohibiting unfair or deceptive trade practices including those in Md. Code Ann., Comm. Law §§ 13-303 and 13-301.

26. Defendant committed an Unfair and Deceptive Trade Practice when it failed to inform The Penders at the time they purchased The Vehicle as set forth in Count One and or/ failed to inform them at the time they leased The Vehicle as set forth in Count Two, to wit:

a. The Penders were overcharged $108 for sales tax because the down payment was inaccurate and have been damaged.

WHEREFORE, it is respectfully prayed that this Court:

1. Award Plaintiffs statutory damages, costs and attorney fees as set forth in Court I.

2. Award Plaintiffs statutory damages, costs and attorney fees as set forth in Count II.

3. Award Plaintiffs actual damages, costs and attorney fees as set forth in Count III.

4. Release Plaintiffs from the lease

5. Award Plaintiffs such other or further relief as the Court deems just.

\

THE PLAINTIFFS

BY *[signature]*

Bernard T. Kennedy, Esquire
P.O. Box 657
Edgewater, MD 21037
Fed. Bar #MD26843
Ph   (443) 607-8901
Fax (443) 607-8903
bernardtkennedy@yahoo.com